IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:15-CV-00284-F

| | |
|---|---|
| WILLIAM LEONARD and KAREN LEONARD, )<br>Plaintiffs, )<br>)<br>v. )<br>)<br>BED, BATH & BEYOND, INC., )<br>Defendant/Third-Party Plaintiff, )<br>)<br>v. )<br>)<br>NAPA HOME & GARDEN, INC., et al. )<br>Third-Party Defendants ) | **ORDER** |

The court has been informed that the parties have reached a settlement in this matter. Accordingly, this action hereby is DISMISSED without prejudice to any party to move to reopen should settlement not be consummated on or before June 1, 2016. Unless the case is reopened, counsel are DIRECTED to file their Joint Stipulation of Dismissal With Prejudice on or before June 1, 2016.

SO ORDERED.

This the 13th day of April, 2016

*James C. Fox*
JAMES C. FOX
Senior United States District Judge